**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**


THORE HOLM HANSEN,

                    Plaintiff,

v.                                                    Case No:   6:25-cv-00117-JSS-LHP

HORACE SMITH, JR., et al.,

                    Defendants

_____

### ORDER

Plaintiff, proceeding *pro se*, instituted this action by complaint filed on January 26, 2025.   Doc. No. 1.   With the complaint, Plaintiff filed an Application to Proceed in District Court Without Prepaying Fees or Costs, Doc. No. 2, which has been construed as a motion to proceed *in forma pauperis*, and which motion remains pending at this time.

Now before the Court is Plaintiff's Motion for the US Marshal to Serve Defendants with Summons and Complaint.   Doc. No. 6.   Upon review, the motion (Doc. No. 6) will be **DENIED without prejudice**.   First, the motion fails to include a memorandum of legal authority as required by Local Rule 3.01(a).   Second, the motion is premature.   Specifically, if the Court grants Plaintiff leave to proceed *in forma pauperis*, the motion would be unnecessary as the Court will direct the United

States Marshals Service to serve Defendants on Plaintiff's behalf. *See* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process, and perform all duties in [IFP] cases."); *see also* Fed. R. Civ. P. 4(c)(3). If the Court denies Plaintiff leave to proceed *in forma pauperis*, Plaintiff may file a renewed motion, if necessary and appropriate, which must contain a memorandum of legal authority in support. *See* Local Rule 3.01(a).

      **DONE** and **ORDERED** in Orlando, Florida on February 5, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties