UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

THORE HOLM HANSEN,

    Plaintiff,

v.                                Case No:   6:25-cv-00117-JSS-LHP

HORACE SMITH, JR., et al.,

    Defendants

---

## ORDER

Before the Court is Plaintiff's Motion to Correct a Fatal Docketing Error, by which Plaintiff, proceeding *pro se*, contends that the Clerk of Court "fatally" erred in docketing this case as a federal question under 28 U.S.C. § 1331, rather than a claim under 42 U.S.C. § 1983.  Doc. No. 10.  Upon review, the motion (Doc. No. 10) is **DENIED**.  First, the motion fails to comply with Local Rule 3.01(a).  Second, the docket reflects this matter as a cause of action under 42 U.S.C. § 1983.  Third, the Court's jurisdiction in this case *is* premised on 28 U.S.C. § 1331, as the action arises under the laws of the United States (*i.e.*, 42 U.S.C. § 1983).

**DONE** and **ORDERED** in Orlando, Florida on February 24, 2025.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties