# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

THORE HOLM HANSEN,

      Plaintiff,

v.                                                    Case No:   6:25-cv-117-JSS-LHP

HORACE SMITH, JR and R. J. LARIZZA,

      Defendants

---

## ORDER

Pursuant to the Order referring this case to the Inexpensive Determination, Efficient, and Abbreviated Litigation (IDEAL) Program, the undersigned scheduled this matter for a Case Management Conference on May 6, 2025, to occur via Zoom. Doc. Nos. 12, 27.  The Court held the Conference as scheduled, but Plaintiff Thore Holm Hansen failed to appear, despite a copy of the Order scheduling the Conference being both mailed and emailed to him.   Doc. Nos. 27, 28.[1]

Based thereon, it is **ORDERED** that on or before **May 27, 2025,** Plaintiff shall show cause in writing why sanctions should not be imposed for the failure to

---

[1] Of note, Plaintiff acknowledged receipt of the email Zoom invitation by unauthorized email response to the undersigned's chambers.

appear at the May 6, 2025 Conference.  *See* Fed. R. Civ. P. 16(f); *see also Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir.), *cert. denied*, 493 U.S. 863 (1989) (a pro se litigant "is subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure."). **Failure to timely respond to this Order may result in sanctions, up to and including dismissal of this case.** Upon receipt of Plaintiff's response, the undersigned will reschedule the IDEAL Program Case Management Conference, if appropriate.

As discussed at the Conference with counsel for Defendants, it does not appear that the pending motion to dismiss (Doc. No. 22) was properly served on Plaintiff.  *See* Fed. R. Civ. P. 5(b)(2).  Accordingly, for the reasons set forth at the Conference, it is further **ORDERED** that Plaintiff shall have up to and including **May 27, 2025** to file an amended response to the pending motion to dismiss, should he choose to do so.

**DONE** and **ORDERED** in Orlando, Florida on May 6, 2025.

*[Signature: Leslie Hoffman Price]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties