# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

THORE HOLM HANSEN,

      Plaintiff,

v.    Case No:   6:25-cv-117-ACC-LHP

HORACE SMITH, JR and R. J. LARIZZA,

      Defendants

---

## ORDER
(And Direction to Clerk of Court)

This cause comes before the Court following a Case Management Conference. *See* Doc. No. 38. The Court has attempted to hold two Case Management Conferences in this matter pursuant to the IDEAL Program; Plaintiff failed to appear at the first, and he left the second early due to technical difficulties. *See* Doc. Nos. 27–32, 34, 38. Because neither Case Management Conference could go forward and pursuant to the brief discussion the Court was able to have with the parties, **TAKE NOTICE** that this matter is no longer referred to the IDEAL Program, and the Notice of Order Referring Case to U.S. Magistrate Judge for IDEAL Program (Doc. No. 12) no longer applies in this case. It is **ORDERED** that

the parties shall file their Case Management Report within **fourteen (14) days** of the date of this Order.

Pursuant to discussions with the parties, it is **ORDERED** that the Clerk of Court is directed to add Plaintiff's email address, thore@norwegian.bz, to CM/ECF and ensure that Plaintiff receives Notices of Electronic Filings. *See Moore v. Adventist Health Sys. Sunbelt Healthcare Corp.*, No. 6:23-cv-1163-PGB-DCI, 2023 WL 4947933, at *1 (M.D. Fla. Aug. 3, 2023) ("[T]he Court in its discretion may grant *a pro se* party permission to receive electronic notifications."); *see also Cromity v. City of Orlando*, No. 6:24-cv-1688-CEM-DCI, 2025 WL 435901, at *1 (M.D. Fla. Jan. 29, 2025) (allowing service of court documents on *pro se* party by email); *Wilkins v. RCI, LLC*, No. 6:23-cv-849-PGB-EJK, 2023 WL 3453560, at *1 (M.D. Fla. May 15, 2023) (same).[1]

**DONE** and **ORDERED** in Orlando, Florida on June 3, 2025.

> _____
> LESLIE HOFFMAN PRICE
> UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] This Order does not authorize access to filing documents via CM/ECF. Plaintiff may submit filings online through the Court's web portal. *See Moore*, 2023 WL 4947933, at *1.